655 A.2d 915

IN THE MATTER OF FRANK J. GRIFFIN,
AN ATTORNEY AT LAW.

March 30, 1995.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **FRANK J. GRIFFIN** of **MEDIA, PENNSYL-VANIA,** who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for a period of one year, effective October 15, 1990, by Order of this Court dated September 26, 1990, be restored to the practice of law, effective immediately.